PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL T. BODA, | Case No.: 2:20-cv-0982-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his response to Plaintiff's motion for summary judgment be extended thirty (30) days, from the original deadline, such that Defendant's new deadline, with the Court's approval, will be June 11, 2021. The parties further stipulate that all other dates in the Court's Scheduling Order will be extended accordingly.

Defendant needs additional time to file his response to Plaintiff's motion for summary judgment due to defense counsel going on leave to care for the emotional, physical, and scholastic needs of her two her young children who are unable to return to school or childcare fulltime due to various stay-at-home orders or school policies as a result of the pandemic. Defense counsel also

needs more time because she is transferring this case to a colleague. Defendant's new attorney needs time to review the 498-page record, consider the issues Plaintiff raised in his motion, go through in-house review, and manage her other deadlines.

This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

Dated: April 28, 2021

*/s/ Shellie Lott*
Shellie Lott
Cerney Kreuze & Lott, LLP
Attorney for Plaintiff
(authorized by email on April 28, 2021


PHILLIP A. TALBERT
Acting United States Attorney

*/s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

The parties' stipulated extension of time is approved.

Dated: April 29, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE